# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Kelly,<br><br>        Petitioner,<br><br>        v.<br><br>Eric Tice, Superintendent, State Correctional Institution at Somerset; Michelle Henry, Attorney General, Office of Attorney General; Lawrence Krasner, District Attorney, Philadelphia County, Pennsylvania<br><br>        Respondents. | Civil Action No. 22-cv-03839-GEKP |

## PETITIONER'S STATUS REPORT

Petitioner, JAMES KELLY, through undersigned counsel, hereby submits this status report pursuant to the Court's April 24, 2024 order. Mr. Kelly filed a Post Conviction Relief Act (PCRA) petition in the Philadelphia Court of Common Pleas on August 29, 2022. The claims in the PCRA petition are the same as those at issue in this habeas proceeding. The Commonwealth's response to Mr. Kelly's pending PCRA petition is due on May 17, 2024. Mr. Kelly thus continues to exhaust his claims in state court and respectfully requests that this Court continue to stay proceedings in this habeas action while he does so.

                                            Respectfully submitted,

Dated:  May 10, 2024                  /s/ *Nilam A. Sanghvi*
                                               Nilam A. Sanghvi
                                               Attorney I.D. No. 209989
                                               PENNSYLVANIA INNOCENCE PROJECT
                                               1515 Market Street, Suite 300
                                               Philadelphia, PA 19102
                                               215-204-4255

Elizabeth A. DeLosa, Esq.
Attorney I.D. No. 309521
Pennsylvania Innocence Project
Duquesne University School of Law
Tribone Building
914 Fifth Avenue
Pittsburgh, PA 15219
412-482-2069

*Counsel for Petitioner James Kelly*

## CERTIFICATE OF SERVICE

I, Nilam A. Sanghvi, counsel for Mr. Kelly, do hereby certify that on this 10th day of May 2024, I caused a copy of this Status Report to be served by CM/ECF on counsel of record.

/s/ *Nilam A. Sanghvi*
Nilam A. Sanghvi